| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
| | United States Attorney |
| 2 | District of Nevada |
| 3 | ALLISON J. CHEUNG, CSBN 244651 |
| | Special Assistant United States Attorney |
| 4 | 160 Spear Street, Suite 800 |
| | San Francisco, California 94105 |
| 5 | Telephone: (415) 977-8942 |
| | Facsimile: (415) 744-0134 |
| 6 | E-Mail: allison.cheung@ssa.gov |
| 7 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WANDA OSBORNE, | ) | Case No.: 3:19-cv-00671-CLB |
| Plaintiff, | ) | |
| v. | ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** (*FIRST REQUEST*) |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Complaint, currently due on April 6, 2020, by 21 days, through and including April 27, 2020.

This is Defendant's first request for an extension of time. Good cause exists for this extension because counsel wishes to consult with her client to explore whether settlement may be possible in this case.

Defendant's counsel will endeavor to complete this task as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On March 30, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Complaint, through and including April 27, 2020.

Dated: March 30, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 31, 2020.

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Jared Walker
jared@jwalker.law
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated: March 30, 2020

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney