1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

11 | WANDA OSBORNE,                          )
   |                                        ) Case No.: 3:19-cv-00671-CLB
12 |     Plaintiff,                         )
   |                                        ) **STIPULATION TO VOLUNTARY**
13 |     v.                                 ) **REMAND PURSUANT TO SENTENCE**
   |                                        ) **FOUR OF 42 U.S.C. § 405(g) AND TO**
14 | ANDREW SAUL,                           ) **ENTRY OF JUDGMENT FOR**
   | Commissioner of Social Security,       ) **PLAINTIFF**
15 |                                        )
   |     Defendant.                         )
16 |                                        )
17 |                                        )

18

19          IT IS HEREBY STIPULATED by and between the parties, through their undersigned

20  attorneys, and with the approval of the Court, that this action be remanded for further administrative

21  action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

22          On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for

23  a new decision.

24  //

25  //

26  //

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 3, 2020

Respectfully submitted,

LAW OFFICE OF JARED T. WALKER

*/s/ Jared T. Walker*
JARED T. WALKER
(*as authorized via email on April 3, 2020)
Attorney for Plaintiff

Dated: April 3, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: April 6, 2020

2

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the date, and via the method of service, identified below:

**CM/ECF:**

Jared T. Walker
jared@jwalker.law
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated: April 3, 2020

                                              */s/ Allison J. Cheung*
                                              ALLISON J. CHEUNG
                                              Special Assistant United States Attorney