NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WANDA OSBORNE, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:19-cv-00671-CLB <br><br> **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Wanda Osborne be awarded attorney fees and expenses in the amount of one thousand fifty-nine dollars and fourteen cents ($1,059.14) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of two hundred and seventy-five dollars ($275.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Jared T. Walker.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Jared T. Walker, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel, Jared T. Walker.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Wanda Osborne, Jared T. Walker (including Law Office of Jared T. Walker) and/or Hal Taylor, may have relating to EAJA attorney fees in connection with this action.

//
//
//

This award is without prejudice to the rights of Jared Walker and/or Law Office of Jared T. Walker to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: June 9, 2020               Respectfully submitted,

                                  LAW OFFICE OF JARED T. WALKER

                                  */s/ Jared T. Walker*
                                  JARED T. WALKER
                                  (*as authorized via email on June 8, 2020)
                                  Attorney for Plaintiff

Dated: June 9, 2020               Respectfully submitted,

                                  NICHOLAS A. TRUTANICH
                                  United States Attorney

                                  */s/ Allison J. Cheung*
                                  ALLISON J. CHEUNG
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2020

3

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** on the date, and via the method of service, identified below:

**CM/ECF:**

Jared T. Walker
jared@jwalker.law
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated:  June 9, 2020

/s/ Allison J. Cheung
ALLISON J. CHEUNG
Special Assistant United States Attorney